# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MCP IP, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 3:22-CV-00004-jdp |
| RAVIN CROSSBOWS, LLC, | | |
| Defendant. | | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Pretrial Conference Order, ECF No. 28, Plaintiff MCP IP, LLC and Defendant Ravin Crossbows, LLC submit their Joint Claim Construction Chart, attached as Exhibit A, identifying the claim construction disputes with each side's proposed construction.

Dated: March 13, 2023

Respectfully submitted,

By: /s/  Nicholas S. Boebel_____
Sarah Troupis Ferguson
Danielle M. Nardick
**Hansen Reynolds LLC**
10 E. Doty St., Suite 800
Madison, WI 53703
Phone: (608) 841-1351
Facsimile: (414) 273-8476
sferguson@hansenreynolds.com
dnardick@hansenreynolds.com

Nicholas S. Boebel (admitted pro hac vice)
Michael D. Okerlund
Niall A. MacLeod
**Hansen Reynolds LLC**
225 South Sixth Street, Suite 3900
Minneapolis, MN 55402
Phone: (206) 268-9320

1

Facsimile: (414) 273-8476
nboebel@hansenreynolds.com
mokerlund@hansenreynolds.com
nmacleod@hansenreynolds.com

*Attorneys for Plaintiff MCP IP, LLC*

By: /s/ *Adam P. Seitz*
Adam P. Seitz (pro hac vice)
KS Bar No. 21059
Email: adam.seitz@eriseip.com
Michelle L. Marriott (pro hac vice to be filed)
KS Bar No. 21784
Email: michelle.marriott@eriseip.com
Alex M. Matthews (pro hac vice)
KS Bar No. 29028
Email: alex.matthews@eriseip.com
Hunter A. Horton (pro hac vice to be filed)
KS Bar No. 27673
Email: hunter.horton@eriseip.com
Clifford T. Brazen (pro hac vice)
KS Bar No. 27408
Email: cliff.brazen@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

J. Derek Vandenburgh
WI Bar No. 0224145
Email: dvandeburgh@carlsoncaspers.com
**Carlson, Caspers, Vendenburgh & Lindquist, PA**
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9618

*Attorneys for Defendant RAVIN CROSSWBOWS, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic mail on March 13, 2023.

             */s/ Nicholas S. Boebel*
             Nicholas S. Boebel