# EXHIBIT A

| Number | Claim Term | MCP's Proposed Construction | Ravin's Proposed Construction[1] |
|---|---|---|---|
| 1. | "cable positioner" (375, 757, 665 Patents) | "an arrangement of components designed to position a cable" | *See* Terms 2 and 3 below.<br><br>"A component, distinct from the stock, that biases the cable [in a direction lateral to the shooting axis / away from the shooting axis]" |
| 2. | "a first cable positioner attached to said stock" (375, 757 Patents) | "an arrangement of components designed to position a cable and attached to the stock" | "A component, distinct from the stock, and fixedly attached to the stock, that positions the first cable" |
| 3. | "a first cable positioner contacting the stock and moveable with respect to the stock" (665 Patents) | "an arrangement of components designed to position a cable contacting the stock at least a portion of which is moveable with respect to the stock" | "a component, distinct from the stock and contacting the stock, the entire component moveable with respect to the stock" |
| 4. | "first cable segment" and "second cable segment" (665 Patent) | Plain and ordinary meaning. | "A first/second cable extending between the first and second rotatable members" |
| 5. | "body" (375, 665 Patents) | "a part of a cable positioner that is immovable with respect to the stock while the crossbow is being drawn" | Plain and ordinary meaning. |
| 6. | Guide member (375, 757, 665 Patents) | "structure of a cable positioner arranged to guide and/or be moved by a cable" | Plain and ordinary meaning. |
| 7. | "stock" (375, 757, 665, 433, 933, 893, and 056 Patents) | Not indefinite. "a supporting framework or structure" | If not indefinite, "the central component of the crossbow to which everything else attaches" |
| 8. | "extending between [rotatable members]" (375, 757 Patents) | "at, into, or across the space separating" | "extending between and contacting the first rotatable member and contacting the second rotatable member" |
| 9. | "first draw position" (433, 939 Patents) | "a draw position/orientation of the bow that is distinct from the "second draw | "brace or decocked orientation" |

.

|  | | | |
|---|---|---|---|
|  | "a first drawn orientation" (939 Patent) "First draw orientation" (433 Patent) | position/orientation," e.g., brace (undrawn) orientation, or partially drawn orientation, or fully (cocked) drawn orientation." |  |
| 10. | "second draw position" (433, 939 Patents) "a second drawn orientation" (939 Patent) "second draw orientation" (433 Patent) | "a draw position/orientation that is not the first draw position/orientation" | "fully drawn or cocked orientation" |
| 11. | "cable positioner" (433, 939 Patents) | "a device that positions a cable" | "A component, distinct from the stock, that biases the cable [in a direction lateral to the shooting axis / away from the shooting axis]" |
| 12. | "drawn orientation" (893 Patent) | "fully drawn or cocked orientation" | "fully drawn or cocked orientation" |
| 13. | "structural portion [of the stock]" (893, 056 Patents) | "the portion of the stock extending between a fire control assembly and the attachment to the prod" | Plain and ordinary meaning. |
| 14. | "sidewall of a stock" (893, 056 Patents) | "a wall forming the side of the stock" | Plain and ordinary meaning. |
| 15. | "prod" (893, 056 Patents) | "a structural component that supports a bow limb" | Plain and ordinary meaning. |
| 16. | "compound archery bow" (220 Patent) | If preamble is limiting, "any archery bow that utilizes a cam and cabling system" | Preamble is limiting and "compound archery bow" is a "vertical bow" |
| 17. | "cable guard" (220 Patent) | "a device that positions a cable away from a shooting axis" | "roller guard" |
| 18. | "riser" (220 Patent) | "a structural component that supports a bow or limb" | Plain and ordinary meaning. |
| 19. | "and a power cable extending between said first rotatable member and said second rotatable member" (220 Patents) | "…and a power cable extending at, into, or across the space separating said first rotatable member and said second rotatable member." | "Extending between and contacting the first rotatable member and contacting the second rotatable member" |

| | | | |
|---|---|---|---|
| 20. | "overlaps" (893, 056 Patents) | Plain and ordinary meaning. | "extends over" |
| 21. | "the string attached between the first rotating member and the second rotating member" (435 Patent) | Plain and ordinary meaning. | "the string attached to, and located between, the first rotating member and the second rotating member" |
| 22. | "properly place a scope" (435 Patent) | Not indefinite. "place a scope configured to be at eye level when a shooter's face contacts the cheek rest" | Indefinite or plain and ordinary meaning. |
| 23. | "said cheek rest comprising a peak" (435 Patent) | Not indefinite.<br><br>"said cheek rest including a highest point" | Indefinite or "said cheek rest comprising a peak, which is a shar or pointed shape at its highest point" |
| 24. | "said cable guard biasing said power cable in a lateral direction" (220 Patent) | Not indefinite. Cable guard: "a device that positions a cable away from a shooting axis"<br><br>The remainder of the limitation carries its plain and ordinary meaning. | Indefinite or "said cable guard biasing said power cable in a direction perpendicular to the reference plane" |
| 25. | D'195 Patent[2] | N/A | Invalid as functional. If not invalid, N/A |
| 26. | "said cable separated from said shooting axis by a shortest distance as measured perpendicular to the shooting axis . . . the shortest distance being greater in the first draw orientation than in the second draw orientation" (939 Patent) | Not indefinite. | Indefinite. |
| 27. | "said guide member comprises a channel, said second cable positioned in said channel" (665 Patent) | Not indefinite. | Indefinite. |

---

[2] While the parties do not believe a written claim construction is required for the D'195 Patent, they do intend to address the proper scope of claimed design in view of the prior art as part of the invalidity and infringement analyses.

| 28. | "the riser defining a predetermined location" | Not indefinite. | Indefinite. |